THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. WEG.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

In the Matter of GOUVERNEUR MORRIS HOUSES. CITY OF NEW YORK, Appellant-Respondent; SAMUEL HYMAN et al., Respondents-Appellants; SEYMOUR ARENSON et al., Respondents.— Motion for an enlargement of time granted, insofar as to extend the time for the appellants herein to serve and file the record on appeal and appellants' points to and including January 3, 1961, with notice of argument, for the February 1961 Term of this court, said appeals to be argued or submitted when reached.

THE PEOPLE OF THE STATE OF NEW YORK v. RAFAEL RIOS.— Motion by Frances Kahn, Esq., for an order assigning her as counsel for appellant granted to the extent of appointing said Frances Kahn, Esq., of 401 Broadway, New York, New York, and Charles M. Mattingly, Jr., Esq., of 420 Lexington Avenue, New York, New York, as counsel for the appellant for the purposes of the appeal.

ETHEL MERKER, Individually and as Guardian ad Litem for LEONA R. MERKER et al. v. AARON MERKER et al.— Motion to dispense with printing exhibits in the record on appeal granted insofar as to permit plaintiffs-appellants to dispense with the printing of Exhibits 1–11, 13–15, 17, 19–34, 36, B to J, M to R, U, V, X–Z, AA–AF3 as part of the printed record on appeal, on condition that the originals thereof are filed with this court on the Wednesday preceding the first day of the term for which the appeal is noticed for argument; Exhibits 13, 24, 26, E, K, M, AC and AE are to be summarized in the printed record on appeal; Exhibits 27–34, C, D, F–J, P, Q, R, AF2 and AF3 are to be described in the printed record on appeal; paragraphs 14 and 15 of Exhibit AF2 and paragraphs 11, 12 and the last page of Schedule A of AF3 are to be printed in the record on appeal. In all other respects, the motion is denied. Motion to dismiss appeal denied, with $10 costs.

In the Matter of the Accounting of ALFRED GOLDBERG, as Administrator of the Estate of JACOB GOLDBERG, Deceased. ANNA KRAMER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached.

REVLON, INC., v. JANEL SALES CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

EMILY MARX v. AARON KATZ.— Motion to dispense with printing exhibits in the record on appeal granted, insofar as to permit plaintiff-appellant to dispense with the printing in the record on appeal of plaintiff's Exhibits VII, A[B/F], VIII, XI, XII, XIV, XXI, XV, XVII, XXVII, XXVIII, XXIV and defendant's Exhibits 1, 2, 3, 4, 5 and 6, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.